UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SCOTT ALAN CARMITCHEL,<br><br>           Defendant. | Case No. 2:14-cr-00261-RFB-GWF<br><br>**ORDER** |

Based upon a review of the record in this case and review of the October 14, 2014, report from the Bureau of Prisons, the Courts finds by a preponderance of the evidence that Mr. Carmitchel is not competent to stand trial at this time.

Pursuant to 18 U.S.C., Section 4241(d), **IT IS HEREBY ORDERED** that Mr. Carmitchel be committed to the custody of the Attorney General.  The Attorney General shall **hospitalize** Mr. Carmitchel for treatment in a suitable hospital facility for a period not to exceed four months. In three months' time, the Attorney General shall have Mr. Carmitchel reexamined by the same expert who previously examined him to determine if he is competent to stand trial. If this expert is no longer an employee of Bureau of the Prisons, an expert with the same professional skills and abilities shall be utilized. This expert shall submit a subsequent report to the Court before on February 20, 2015.

DATED this 24th day of November, 2014.

_____
RICHARD F. BOULWARE, II.
United States District Judge