UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00261-RFB-GWF |
| Plaintiff, | ORDER |
| V. | |
| SCOTT ALAN CARMITCHEL, | |
| Defendant. | |

On November 25, 2014, this Court ordered filing by February 20, 2015 of an expert report regarding Mr. Scott Carmitchel's competence to stand trial. This report has not been not produced.

IT IS HEREBY ORDERED that the Attorney General shall have Mr. Carmitchel reexamined by the same expert who previously examined him to determine if he is competent to stand trial. If this expert is no longer an employee of Bureau of the Prisons or available, an expert with the same professional skills and abilities shall be utilized.

IT IS FURTHER ORDERED that this expert shall submit the report to the Court, under seal, on or before March 17, 2015.

IT IS FURTHER ORDERED that this report shall be provided by the expert confidentially to both parties on or before March 17, 2015.

DATED this 6th day of March, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court