UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-261-RFB-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT ALAN CARMITCHEL, | |
| Defendant. | |

IT IS HEREBY ORDERED that Dr. Alexnder Paret be allowed access to the Federal Medical Center in Butner, North Carolina, on Sunday, August 9, 2015 and Monday, August 10, 2015 for the purposes of evaluating inmate Scott Carmitchel, register number 49290-048.

DATED this __5th__ day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE